Rehearing Granted and Opinion Withdrawn on March 3, 2000.